IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-561-H

PATRICK SOLOMON,                )
                                )
    Plaintiff,                  )
                                )
                                )
    v.                          )
                                )   **ORDER**
                                )
UCP EASTERN SEALS,              )
                                )
    Defendant.                  )
                                )
                                )

This matter is before the court for frivolity review. United States Magistrate Judge James E. Gates filed an Order and Memorandum and Recommendation ("M&R") [DE #4] ordering that plaintiff's motion to proceed in forma pauperis be allowed and recommending plaintiff's claims against defendant be dismissed. Plaintiff did not file objections to the M&R, and the time for further filing has expired.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court adopts the recommendation of the magistrate judge as its own and for the reasons stated therein, plaintiff's complaint is dismissed. The Clerk is directed to close this case.

This 29TH day of January 2019.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2